IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.    CASE NO. 5:04-cr-00055-MCR-AK

GREGORY DENIS TRUETTE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 38, motion to proceed *in forma pauperis* with regard to the Motion to Vacate under 28 U.S.C. § 2255, by Gregory Denis Truette. There is no filing fee for a motion to vacate, and thus, a finding of indigency is not required. The motion for IFP is **MOOT**.

**DONE AND ORDERED** this __20th__ day of January, 2006.

        s/ *A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**