IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.  Case No. 5:04cr55-MCR
Case No. 5:06cv12-MCR/WCS

GREGORY DENIS TRUETTE,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation. Doc. 94. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's § 2255 motion, doc. 41, as supplemented, doc. 59, is hereby DENIED.

    3.    Defendant's "Motion to Supplement Petitioner's 28 U.S.C. S. § 2255 Expansion and Clarification of Ground 5," doc. 98, drafted *pro se* and submitted to the court at defendant's request by his counsel, is DENIED.

    DONE AND ORDERED this 9th day of February, 2009.

                      *s/ M. Casey Rodgers*
                      M. CASEY RODGERS
                      UNITED STATES DISTRICT JUDGE