IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

vs.                                             Case No. 5:04cr55-MCR
                                                 Case No. 5:06cv12-MCR/WCS

GREGORY DENIS TRUETTE,

    Respondent.
_____/

## ORDER ON § 2255 APPEAL

    This cause is before the court on a notice of appeal and motion for certificate of appealability. Docs. 102 and 103. Defendant appeals the denial of his 28 U.S.C. § 2255 motion, so a certificate of appealability is required. § 2253(c)(1)(B); Fed.R.App.P. 22(b)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." § 2253(c)(2).

    On review of the file, and for the reasons previously stated (docs. 94, 100, and 101, incorporated herein by reference), the court finds that Defendant has not made a substantial showing of the denial of a constitutional right and a certificate of appealability shall be denied

    It is therefore **ORDERED**:

    Defendant's motion for certificate of appealability (doc. 103) is **DENIED** and no certificate shall issue.

    **DONE AND ORDERED** this 16th day of April, 2009.

                                                    s/ *M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**