# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 5:04cr55-MCR
    Case No. 5:09cv408-MCR/WCS

GREGORY DENIS TRUETTE,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Truette's petition for writ of audita querela, as supplemented (docs. 123 and 126), is SUMMARILY DISMISSED as an attempt to file an unauthorized second or successive § 2255 motion.

**DONE and ORDERED** this 26th day of April, 2010.

                    _s/ M. Casey Rodgers_
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**