IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    Petitioner,

vs.                                     Case No. 5:04cr55-MCR
                                          Case No. 5:09cv408-MCR/WCS

**GREGORY DENIS TRUETTE,**

    Respondent.

_____/

## ORDER ON § 2255 APPEAL

This cause is before the court on Defendant's notice of appeal. (Doc. 139.) Defendant appeals the dismissal of his petition for writ of audita querela as an unauthorized attempt to file a second or successive 28 U.S.C. § 2255 motion.

As set forth in the report and recommendation as adopted by the court, relief is available to this Defendant, if at all, pursuant to § 2255. Docs. 127 and 135 (incorporated by reference). A certificate of appealability is therefore required for this appeal pursuant to § 2253(c)(1)(B). *Cf.* United States v. Holt, 417 F.3d 1172, 1173 (11th Cir. 2005) (cited in doc. 127 at pp. 3-4) (before the Eleventh Circuit after the district court denied audita querela petition as an unauthorized successive § 2255 motion, *and* the district court had granted a certificate of appealability) (citations omitted); *see also* Williams v. Chatman, 510 F.3d 1290, 1294-95 (11th Cir. 2007) (a certificate of appealability is required to appeal denial of a Fed.R.Civ.P. 60(b) motion in a § 2254 or § 2255 proceeding; without prior authorization the district court lacked jurisdiction to consider what was essentially an unauthorized successive petition and also lacked authority to issue a certificate of appealability).

On review of the file and for the reasons previously stated, the court lacks jurisdiction and Defendant has not made a substantial showing of the denial of a constitutional right.

It is therefore **ORDERED**:

Defendant's notice of appeal (doc. 139), construed also as a motion for certificate of appealability, is **DENIED** and a certificate of appealability **SHALL NOT ISSUE.**

**DONE AND ORDERED** this 13th day of May, 2010.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**